IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HEALTH COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-0460 |
| v. ) | JUDGE HAYNES |
| ) | |
| CHRISTOPHER PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon the parties' stipulation of dismissal (Docket Entry No. 23) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED without prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 29th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge